# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEANINE B., et al.,**

          **Plaintiffs,**

                        **Case No. 93-C-547**

    **-vs-**

**JAMES DOYLE, et al.,**

          **Defendants.**

## ORDER

The Court having reviewed the Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses Per Stipulated Agreement, the Memorandum in Support, and the attached Exhibits, including the Stipulated Agreement of the parties;

Notice having been previously made to the Plaintiff class pursuant to Rule 23(h) of the Federal Rules of Civil Procedure by Order of this Court dated November 29, 2004, as to Plaintiffs' first Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses;

And this Court having previously ordered that further notice to the Class of periodic fee applications for subsequent monitoring and/or enforcement work by Plaintiffs' Attorneys would be unduly burdensome and is not necessary under Rule 23(h);

The Court hereby **ORDERS** that:

The Plaintiff's Unopposed Motion is GRANTED, and further notice to the Class is WAIVED.

It is hereby further ORDERED THAT partial final judgment be entered in favor of the plaintiff's JEANINE B., et al., against the defendants, JAMES DOYLE, et al., in the sum

of $23,157.53, pursuant to the Stipulated Agreement of the parties, in full and complete satisfaction of plaintiffs' claims for attorneys' fees and expenses for the period July 1, 2005 through December 31, 2005.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2006.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**