IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JEANINE B., et al.,

      Plaintiffs,

    v.                            Case No. 93-C-547

SCOTT WALKER, et al.,

      Defendants.

ORDER APPROVING AND DIRECTING DISTRIBUTION OF
THE NOTICE OF PROPOSED MODIFICATION OF SECTION I.D.9.
OF THE MODIFIED SETTLEMENT AGREEMENT, AND
ESTABLISHING THE SCHEDULE FOR SUBMISSION OF RELATED FILINGS

Pursuant to Fed. R. Civ. P. 60(b)(6), having reviewed the defendants' Unopposed Motion to Modify Section I.D.9. of the Modified Settlement Agreement, Approve the Proposed Notice to the Class, and Approve the Proposed Plan for Dissemination of Notice and Submission of Comments (the "Motion") and its attached exhibits, and the defendants' Memorandum in Support of the Motion, the Court hereby:

    1.    PRELIMINARILY APPROVES the proposed modification of Section I.D.9. of the Modified Settlement Agreement as requested in the Motion.

    2.    FINDS that there is good reason to notify the class members of the proposed modification.

    3.    APPROVES the Notice of Proposed Modification of Section I.D.9. of the Modified Settlement Agreement (the "Notice") attached to the Motion as Exhibit C.

4. APPROVES the Proposed Plan for Dissemination of Notice and Submission of Comments Regarding Proposed Modification of Section I.D.9. of the Modified Settlement Agreement (the "Plan") attached to the Motion as Exhibit D.

5. ORDERS that the Bureau of Milwaukee Child Welfare ("BMCW") shall, as promptly as possible following receipt of this Order, prominently post true and exact copies of the Notice at the BMCW central administrative office in the location(s) most likely to be seen by foster children and their legal representatives, and that they remain posted until May 18, 2012.

6. ORDERS that BMCW shall send true and exact copies of the Notice, by first-class mail or e-mail, as promptly as possible following receipt of this Order, to all of the following persons/locations with an accompanying cover letter on BMCW letterhead directing that the Notice be prominently and immediately posted in the location(s) most likely to be seen by foster children and their legal representatives, and that they remain posted until May 18, 2012:

   a) The Site Manager at each of the BMCW regional service sites;

   b) The Executive Director of each agency with which BMCW contracts for provision of ongoing case management, foster parent licensing, and intensive in-home services; and

   c) The Children's Court Administrator for Milwaukee County Circuit Court.

7. ORDERS that BMCW shall send true and exact copies of the Notice, by first class mail or e-mail, as promptly as possible following receipt of this Order, to all persons listed on the roster of eligible guardians ad litem maintained by the Children's Court Administrator for Milwaukee County Circuit Court; provided that mailing or e-mailing copies to the directors of the guardian ad litem project at the Legal Aid Society of Milwaukee, Inc., and the CASA project

at Kids Matter, Inc., along with a cover letter requesting prompt distribution to all persons serving as guardians ad litem or advocates through those organizations, shall suffice for distribution to all guardians ad litem or advocates who are employed by or associated with those organizations.

8. ORDERS that BMCW shall send true and exact copies of the Notice, by first class mail or e-mail, as promptly as possible following receipt of this Order, to all persons listed on the roster of attorneys eligible to represent children aged twelve or older in the Children's Division of Milwaukee County Circuit Court maintained by the State Public Defender; provided that mailing or e-mailing a copy to the First Assistant State Public Defender in charge of the Milwaukee office of the Juvenile Division of the State Public Defender, along with a cover letter requesting prompt distribution to all attorneys assigned to that office, shall suffice for distribution to all attorneys employed by the State Public Defender.

9. ORDERS that BMCW shall pay for the printing and delivery of as many copies of the Notice and the parties' Agreement to Amend Section I.D.9. of the Modified Settlement Agreement (the "I.D.9. Agreement") as are necessary to comply with this Order and respond to related requests for copies of the I.D.9. Agreement.

10. ORDERS that 4:30 p.m. May 18, 2012, shall be the deadline for receipt by the Court of any written comments and/or objections regarding the proposed modification of Section I.D.9. of the Modified Settlement Agreement.

11. ORDERS that any comments and/or objections by attorneys must be submitted through the Court's electronic case filing ("ECF") system.

12. ORDERS that any comments and/or objections by persons other than attorneys must be mailed or delivered to the Clerk of Court for the United States District Court for the Eastern District of Wisconsin.

13. ORDERS that no comments and/or objections will be accepted by FAX, e-mail, or telephone.

14. ORDERS that any memoranda by any of the parties in support of the proposed modification of Section I.D.9. of the Modified Settlement Agreement shall be filed with the Court on or before June 1, 2012.

Dated at Milwaukee, Wisconsin, this 15th day of April, 2012.

BY THE COURT:

_____
HON. RUDOLPH T. RANDA
U.S. District Judge