IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JEANINE B., BY HER NEXT FRIEND
ROBERT BLONDIS, et al.,

    Plaintiffs,

v.                        Case No. 2:93-CV-000547

TONY EVERS, et al.,

    Defendants.

**JOINT MOTION TO TERMINATE SETTLEMENT AGREEMENT
AND CONSENT DECREE ON
GROUNDS OF SUBSTANTIAL COMPLIANCE**

NOW COME Plaintiffs and Defendants, by and through their undersigned counsel, and hereby move this Court for an Order pursuant to Fed. R. Civ. P. 60(b)(5) terminating the modified settlement agreement entered into by the parties and approved by the Court in a consent decree entered on December 2, 2002 (Dkt. 509), as modified and approved by the Court on November 14, 2003, and May 31, 2012 (Dkts. 517, 569). A Joint Brief of the parties is submitted herewith, with other materials in support of this motion to be filed pursuant to a schedule ordered by the Court.

Dated: February 3, 2021

                                            Respectfully submitted,

FOR PLAINTIFFS:

                                            s/Eric E. Thompson
                                            ERIC E. THOMPSON
                                            Mass. BBO #565100

Children's Rights
88 Pine Street, Suite 800
New York, New York 10005
(917) 533-1161
(212) 683-4015 (Fax)
ethompson@childrensrights.org

FOR DEFENDANTS:

                                            JOSHUA L. KAUL
                                            Attorney General of Wisconsin

                                            s/Rebecca Paulson
                                            REBECCA PAULSON
                                            Assistant Attorney General
                                            State Bar # 1079833

                                            s/Jennifer R. Remington
                                            JENNIFER R. REMINGTON
                                            Assistant Attorney General
                                            State Bar # 1098838

                                            Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0278 (Paulson)
paulsonra@doj.state.wi.us
(608) 267-2230 (Remington)
remingtonjr@doj.state.wi.us
(608) 267-8906 (Fax)